1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   TOGAIL TECHNOLOGIES LTD.,              Case No.: 3:23-cv-00610-JO-DEB

12                          Plaintiff,

13   v.                                     **ORDER GRANTING JOINT
                                            MOTION TO DISMISS ENTIRE
14   APPLE INC.,                            ACTION**

15                          Defendant.

16

17

18

19         Pursuant to the Joint Motion to Dismiss Entire Action [Dkt. 95], filed by the parties,

20   it is hereby ordered that the entire action is dismissed with prejudice, each party to bear its

21   own attorney's fees and costs.

22         The Clerk of the Court is directed to close the case.

23         **IT IS SO ORDERED**.

24   Dated:  November 28, 2023

25                                          _____

26                                          Honorable Jinsook Ohta
                                            United States District Judge
27

28

1